FILED: September 22, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2314
(A240-163-862)

---

MANUEL SEGUNDO ZHUNIO UYAGUARI

Petitioner

v.

TODD BLANCHE, Attorney General

Respondent

---

O R D E R

---

Petitioner's removal is stayed through 10/06/2026, pursuant to Standing Order 19-01, to allow time for responsive filings and consideration by the court of petitioner's motion for stay of removal.

Respondent shall file a response to the motion for stay by 3:00 p.m. on 09/28/2026. The response shall include the date and time of petitioner's removal or state that removal has not been scheduled, and respondent shall inform the court of any changes to petitioner's scheduled removal date.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk