FILED: September 28, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2314
(A240-163-862)

---

MANUEL SEGUNDO ZHUNIO UYAGUARI

Petitioner

v.

TODD BLANCHE, Attorney General

Respondent

---

O R D E R

---

Pending before this court is petitioner's motion for stay of removal, which asserts that "[p]etitioner faces imminent detention and removal." *See* ECF 1, at 3 n.2. By prior Order of September 22, 2026, we stayed petitioner's removal through October 6, 2026, "pursuant to Standing Order 19-01, to allow time for responsive filings and consideration by the court of petitioner's motion for stay of removal." *See* ECF No. 3, at 1. We further directed respondent to file a response to the motion

for stay of removal by 3:00 p.m. on September 28, 2026, specifying that such "response shall include the date and time of petitioner's removal or state that removal has not been scheduled," and that "respondent shall inform the court of any changes to petitioner's scheduled removal date." *Id.*

Respondent timely filed his response on September 25, 2026. *See* ECF No. 8. The response does not, however, include the date and time of petitioner's removal or state that removal has not been scheduled. Rather, the response states only that "[p]etitioner is not detained." *Id.* at 2.

In these circumstances, we direct the government to file a supplemental response by 5:00 p.m. on September 29, 2026, specifying the date and time of petitioner's removal or stating that removal has not been scheduled. Upon the filing of the supplemental response, respondent will remain obligated under our Order of September 22, 2026, to inform the court of any changes to petitioner's scheduled removal date.

For the Court

/s/ Nwamaka Anowi, Clerk