FILED: October 5, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2314
(A240-163-862)

---

MANUEL SEGUNDO ZHUNIO UYAGUARI

Petitioner

v.

TODD BLANCHE, Attorney General

Respondent

---

O R D E R

---

Upon consideration of submissions relative to petitioner's motion for stay of removal, the court grants the motion.

Entered at the direction of Judge King with the concurrence of Chief Judge Diaz and Judge Richardson.

For the Court

/s/ Nwamaka Anowi, Clerk