FILED: October 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-2314
(A240-163-862)

---

MANUEL SEGUNDO ZHUNIO UYAGUARI

Petitioner

v.

TODD BLANCHE, Attorney General

Respondent

---

O R D E R

---

The court grants leave to proceed in forma pauperis.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk